UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MARIE GISELE KAMANOU GOUNE,

Debtor.

MARIE GISELE KAMANOU GOUNE,

Appellant,

-against-

THOMAS C. FROST, CHAPTER 13
STANDING TRUSTEE,

Appellee.

26-CV-3581 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

Dated: May 4, 2026
         White Plains, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge