UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE GISELE KAMANOU GOUNE,

                Appellant,

      -against-

THOMAS C. FROST, CHAPTER 13 STANDING
TRUSTEE,

                Appellee.

26-CV-3581 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Pursuant to Federal Rule of Bankruptcy Procedures 8018, which was adopted by this Court at ECF No. 6, "[t]he appellant must serve and file a brief within 30 days after the docketing of notice that the record has been sent or that it is available electronically." Fed. R. Bankr. P. 8018(a)(1). On May 21, 2026, the Notice of Record of Appeal Availability was filed. ECF No. 7. Therefore, Appellant's brief is due 30 days after the docketing of this notice, or on June 22, 2026. However, Appellant has yet to file her brief. The Court extends Appellant's deadline to file her brief to **July 1, 2026**. Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 8018(a), Appellee's brief is due thirty days afterwards, on **July 31, 2026**. Appellant's reply is due fourteen days afterwards, on **August 14, 2026**.

The Court reminds Appellant that pursuant to Federal Rule of Bankruptcy 8018(a)(4), "[i]f an appellant fails to file a brief on time or within an extended time authorized under (a)(3), the district court . . . may—on its own after notice or on the appellee's motion—dismiss the appeal."

Dated:  June 25, 2026
      White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge