UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE GISELE KAMANOU GOUNE,<br>Appellant,<br>-against-<br>THOMAS C. FROST, CHAPTER 13 STANDING TRUSTEE,<br>Appellee. | 26-CV-3581 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of Appellant's request to "reinstate the automatic stay" of the state foreclosure action against her, ECF No. 11 at 2, see also ECF No. 9 at 3, the Court orders Appellee to file an opposition by **July 14, 2026**, setting forth its position on the reinstatement of the stay.

This Order does not disturb the briefing schedule previously set by the Court at ECF No. 8. Specifically, Appellee's brief regarding the dismissal of Appellant's bankruptcy action is still due on July 31, 2026.

The Clerk of Court is directed to mail Appellant a copy of this Order.

Dated: July 7, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge