UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE GISELE KAMANOU GOUNE,<br>Debtor-Appellant,<br><br>-against-<br><br>THOMAS C. FROST, Chapter 13 Standing Trustee,<br>Appellee. | 26-CV-3581 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Petitioner Marie Gisele Kamanou Goune seeks production of transcripts for all hearings in her underlying Bankruptcy Court case, No. 25-23171 (DSJ), at the expense of the United States. ECF No. 28. Petitioner is proceeding in forma pauperis. *See* ECF No. 5.

Pursuant to 28 U.S.C. § 753(f), "[f]ees for transcripts furnished in [non-habeas civil] proceedings to persons permitted to appeal in forma pauperis shall . . . be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." 28 U.S.C. § 753(f); *United States v. Horvath*, 157 F.3d 131, 132 (2d Cir. 1998). Courts have defined a substantial question for the purposes of Section 753(f) as a question that is "reasonably debatable when judged on an objective basis." *Eldaghar v. City of New York Dep't of Citywide Admin. Servs.*, No. 02-CV 9151 (KMW), 2009 WL 1730977, at *1 (S.D.N.Y. June 18, 2009) (citing *Harlem River Consumers Coop., Inc. v. Associated Grocers of Harlem, Inc.*, 71 F.R.D. 93, 97 (S.D.N.Y.1976)). Courts will also consider the necessity of the transcripts for appeal as well as the cost of production. *Heyliger v. Cymbrak*, No. 17-CV-0912 (CFH), 2022 WL 18399501, at *3 (N.D.N.Y. Dec. 20, 2022).

Petitioner appeals the dismissal of Appellant's Chapter 13 bankruptcy case. *See* ECF No. 14 at 3. Petitioner asserts that the Bankruptcy Court dismissed the case without weighing Appellant's inability to perform and documented hardship. *See id*. at 3–4.

Petitioner's request for transcripts does not appear to be costly, and the transcripts will be essential to her arguments. *See McCarthy v. Bronson*, 906 F.2d 835, 841 (2d Cir. 1990) (granting request for free transcript for a three-day trial) (citation omitted); see also *Eldaghar*, 2009 WL 1730977, at *2 (same).

Accordingly, Petitioner's request is GRANTED. Transcripts for any hearings before the Bankruptcy Court in No. 25-23171 (DSJ) shall be produced at the expense of the United States.

Finally, Petitioner's deadline to reply is extended to **October 23, 2026**. No further extensions will be granted absent extraordinary circumstances.

Dated: October 1, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge